\\rhino\TrialWorks\CaseFiles\9831\Hearings\finaljudgment.doc

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUN 1 5 2006 ★

BROOKLYN OFFICE

----------------------------------------X
ASHLEY ANDREE, an Infant, by her Mother and
Natural Guardian, Christine Andree,
and on behalf of all persons similarly situated,

                  Plaintiffs,

FRANKLIN MORONTA, an Infant, by his Mother
and Natural Guardian, Regina Vargas,
and on behalf of all persons similarly situated,

                  Intervenor-Plaintiff,

- against -

THE COUNTY OF NASSAU and RICHARD
SHERMAN, Individually and as Commissioner of
the Nassau County Department of Social Services,

                  Defendants.
----------------------------------------X

02 – CV –688 (DLI)

FINAL JUDGMENT
DISMISSING ACTION
INVOLVING A MINOR

WHEREAS all equitable claims and damages claims asserted by the plaintiffs in the above-entitled action against the defendants have been amicably resolved pursuant to a Stipulation of Settlement dated January 11, 2006 and filed on January 12, 2006, and the Court having approved the Stipulation and having entered an Order Dismissing the Case on January 20, 2006; and

WHEREAS paragraph 4 of the said Stipulation (attached as Exhibit A and incorporated in this Judgment) provides that "Plaintiffs' counsel will submit to the Court all affidavits or other documents required by it for entry of an infant's compromise order to the extent that the provisions of the New York Civil Practice Law and Rules Article 12 may be relevant to the infant plaintiff Ashley Andree", and the Declaration of the infant Ashley Andree, who is over the age of 14 years, and the Declaration of her mother and natural guardian Christine Andree

1

attesting to their consent to the terms of the Stipulation and requesting the entry of a final Judgment discontinuing the action having been filed and read by the Court; and

WHEREAS paragraph 2 of the aforesaid Stipulation provides that "defendant County of Nassau will accept from plaintiff Franklin Moronta (who has attained the age of majority) the sum of $21,951.74 in full satisfaction of its Medicaid lien from the funds which are being held in escrow pursuant to the Infant Compromise Order of the Supreme Court of the State of New York, County of Nassau and the balance of the funds in escrow will be remitted to Franklin Moronta," and satisfactory proof having been submitted to the Court, in the form of the Declaration of Mitchell Gittin, plaintiffs' attorney, and the exhibits thereto, that the terms of said paragraph 2 of the Stipulation have been fully performed and complied with; it is hereby

ORDERED, ADJUDGED AND DECREED that all claims by the plaintiff Ashley Andree, an infant, by her mother and natural guardian Christine Andree and all claims by plaintiff Franklin Moronta shall be and hereby are dismissed with prejudice against all defendants, without costs against any party, and Christine Andree is authorized to execute and deliver a general release on behalf of her infant daughter to the defendants; and it is further

ORDERED, ADJUDGED AND DECREED that in accordance with paragraph 1 of the aforesaid Stipulation, the defendant County of Nassau will pay to plaintiffs' attorneys the sum of forty-five thousand ($45,000.00) dollars as a counsel fee, within _30_ days of a service of a copy of this Judgment with notice of its entry.

Hon. Dora Irizarry
United States District Judge

Final Judgment Entered:

_____
Clerk of the Court

June 14, 2006